| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Grace Y. Horoupian   SBN 180337<br>Kutak Rock, LLP<br>18201 Von Karman, Suite 1100<br>Irvine, CA 92612<br>949-417-0999 |  |
| ATTORNEYS FOR: Plaintiff, BankFirst, a South Dakota corporation | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BANKFIRST, a South Dakota corporation<br><br>v.<br><br>BRAD McCARTHY, an individual, | CASE NUMBER<br>CV08-03905 GW (SSx) |
|---|---|
| Plaintiff(s), | **CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for <u>BankFirst, a South Dakota corporation</u>
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                 **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

BankFirst, a South Dakota corporation - Plaintiff
Brad McCarthy - Defendant


June 13, 2008
Date

_Signed_
Grace Y. Horoupian   SBN 180337

Attorney of record for or party appearing in pro per
Plaintiff, BankFirst