David Rude (SBN 67367)
CLARK & RUDE
Ten Almaden Blvd., Suite 550
San Jose, CA 95113-2238
Telephone: (408) 971-1099
Facsimile: (408) 971-1133
Email: drude@crlaw.net

Attorneys for Defendant
BRAD MCCARTHY, an individual resident of
Alameda County

Grace Y. Horoupian (SBN 180337)
KUTAK ROCK LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA 92612-1077
Telephone: (949) 417-0999
Email: grace.horoupian@kutakrock.com

Attorneys for Plaintiff
BANKFIRST, a South Dakota corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| BANKFIRST, a South Dakota corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRAD McCARTHY, an individual resident of Alameda County,<br><br>Defendant. | CASE NO. CV08-03905 VBF (PJWx)<br><br>**STIPULATION AND ORDER FOR TRANSFER TO NORTHERN DISTRICT OF CALIFORNIA** |

The Plaintiff, BankFirst, a South Dakota corporation, and Defendant, Brad McCarthy, an individual resident of Alameda County, California, by and through their respective counsel, hereby stipulate and agree as follows:

## RECITALS

WHEREAS, the sole basis of federal court jurisdiction in this case is diversity of citizenship between the parties and the controversy exceeds $75,000, and

1  WHEREAS, the only defendant, Brad McCarthy, is a resident of Alameda County,
2  California and Mr. McCarthy has never been a resident of any county within the Central
3  District of California, and
4  WHEREAS, venue is therefore improper in this district pursuant to 28 U.S.C.
5  section 1391(a)(1), and
6  WHEREAS, the transfer of this case to the Northern District of California is in the
7  interest of justice pursuant to the provisions of 28 U.S.C. section 1406(a),

## STIPULATION

The parties hereby stipulate that this action shall be transferred from this district to the San Francisco Division of the Northern District of California.

DATED: July 18, 2008            CLARK & RUDE

                                By: /s/ David Rude
                                David Rude
                                Attorneys for Defendant
                                BRAD MCCARTHY

DATED: July ____, 2008          KUTAK ROCK LLP

                                By: /S/
                                Grace Y. Horoupian
                                Attorneys for Plaintiff
                                BANKFIRST

## ORDER

Based on the foregoing stipulation of the parties, this action is hereby transferred from this district to the San Francisco Division of the Northern District of California for the reason that venue is improper in this district.

DATED: _____          _____
                                PATRICK J. WALSH
                                United States Magistrate Judge

2

Stip&Order4Transfer2NDC.doc

STIPULATION AND ORDER FOR TRANSFER
CASE NO. CV08-03905 VBF (PJWx)

1  David Rude (SBN 67367)
   CLARK & RUDE
2  Ten Almaden Blvd., Suite 550
   San Jose, CA 95113-2238
3  Telephone: (408) 971-1099
   Facsimile: (408) 971-1133
4  Email: drude@crlaw.net

5  Attorneys for Defendant,
   Brad McCarthy, an individual resident of
6  Alameda County

7

   Grace Y. Horoupian #180337
8  Kutak Rock LLP
   18201 Von Karman Avenue, Suite 1100
9  Irvine, CA 92612-1077
   Telephone: (949) 417-0999
10 Email: grace.horoupian@kutakrock.com

11 Attorneys for Plaintiff
   BankFirst, a South Dakota corporation
12

13                UNITED STATES DISTRICT COURT

14       CENTRAL DISTRICT OF CALIFORNIA/WESTERN DIVISION

15

16 | BANKFIRST, a South Dakota      | Case No. CV 08-3905 VBF (PJWx)
   | corporation,                   |
17 |                                |
   |            Plaintiff,          |
18 |                                | [PROPOSED] ORDER ON
   |    v.                          | STIPULATION FOR TRANSFER TO
19 |                                | NORTHERN DISTRICT OF
   | BRAD McCARTHY, an individual   | CALIFORNIA
20 |                                |
   |            Defendant.          |
21

22    WHEREAS THE PARTIES have entered into a Stipulation transferring this

23 action to the Northern District of California, San Francisco Division for the reason

24 that venue is improper in this District.

25 / / /

26 / / /

27 / / /

28

KUTAK ROCK LLP     4852-4360-2690.1
ATTORNEYS AT LAW
    IRVINE
                                                              PROPOSED ORDER

1   IT IS HEREBY ORDERED that, pursuant to the Stipulation of the parties,
2   this actin is hereby transferred from this District to the San Francisco Division of
3   the Northern District of California for the reason that venue is improper in this
4   District.
5   IT IS SO ORDERED:
6
7   DATED: _____
                                        HONORABLE VALERIE B. FAIRBANK
8
9
10
    Respectfully submitted:
11
12
13  By: /s/ _____
        Grace Y. Horoupian
14      Kutak Rock, LLP
        18201 Von Karman, Suite 1100
15      Irvine, CA 92612
16      Tel: (949) 417-0999
        Fax: (949) 417-5394
17      Email: grace.horoupian@kutakrock.com
18      Attorneys for Plaintiff, BankFirst, a South Dakota corporation