Name and address
Grace Y. Horoupian    SBN 180337
Kutak Rock, LLP
18201 Von Karman, Suite 1100
Irvine, CA 92612
949-417-0999

grace.horoupian@kutakrock.com

ORIGINAL

2008 JUL 22

FILED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BANKFIRST, a South Dakota corporation

Plaintiff(s)

v.

BRAD McCARTHY, an individual,

Defendant(s).

CASE NUMBER
CV08-03905 VBF (PJWx)

## APPLICATION OF NON-RESIDENT ATTORNEY
## TO APPEAR IN A SPECIFIC CASE

NOTICE:  Effective June 1, 2004, the fee for *Pro Hac Vice* appearance is $185.00 for **each case** application.  Please submit the fee with your application.  Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk.  If no Appointment Affidavit is on file, submission of the application is required.

I, Jeffrey A. Scott _____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of [ x ] Plaintiff [ ] Defendant: BankFirst, A South Dakota corporation _____ by whom I have been retained.

My *out-of-state* business information is as follows:
Fafinski, Mark & Johnson, P.A.
*Firm Name*

400 Flagship Corporate Center, 775 Prairie Center Drive
*Street Address*

Eden Prairie, MN 55344
*City, State, Zip*

(952) 995-9500
*Telephone Number*

jeffrey.scott@fmjlaw.com
*E-Mail Address*

(952) 995-9577
*Fax number*

I am a member in good standing and eligible to practice before the following courts:

| *Title of Court* | *Date of Admission* |
| --- | --- |
| Minnesota | 2004 |
| U.S. District Court, D. Minnesota | 2006 |
| | |
| | |

I am not a resident of, nor am I regularly employed, engaged in business, profession or other activities in the State of California.  I am not currently suspended or disbarred in any court.

JUL 22 2008
CLERK, U.S. DISTRICT
COURT 4612

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate <u>Grace Y. Horoupian</u> as local counsel, whose business information is as follows:

<u>Kutak Rock, LLP</u>
*Firm Name*

<u>18201 Von Karman, Suite 1100</u>
*Street Address*

<u>Irvine, CA 92612</u>                <u>grace.horoupian@kutakrock.com</u>
*City, State, Zip*                                *E-Mail Address*

<u>(949) 417-0999</u>                <u>(949) 417-5394</u>
*Telephone Number*                                *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated <u>June    , 2008</u>                <u>Jeffrey A. Scott</u>
                                                            *Applicant's Name (please print)*

                                                            _____
                                                            *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated <u>June 20, 2008</u>                <u>Grace Y. Horoupian</u>
                                                            *Designee's Name (please print)*

                                                            *Designee's Signature*

                                                            <u>180337</u>
                                                            *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate <u>Grace Y. Horoupian</u> as local counsel, whose business information is as follows:

<u>Kutak Rock, LLP</u>
*Firm Name*

<u>18201 Von Karman, Suite 1100</u>
*Street Address*

<u>Irvine, CA 92612</u>
*City, State, Zip*

<u>(949) 417-0999</u>
*Telephone Number*

<u>grace.horoupian@kutakrock.com</u>
*E-Mail Address*

<u>(949) 417-5394</u>
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated <u>June 2**6** , 2008</u>

<u>Jeffrey A. Scott</u>
*Applicant's Name (please print)*

<u>[signature]</u>
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated <u>June    , 2008</u>

<u>Grace Y. Horoupian</u>
*Designee's Name (please print)*

<u></u>
*Designee's Signature*

<u>180337</u>
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**