Name and address
Grace Y. Horoupian   SBN 180337
Kutak Rock, LLP
18201 Von Karman, Suite 1100
Irvine, CA 92612
949-417-0999

Plaintiff, BankFirst, a South Dakota corp

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BANKFIRST, a South Dakota corporation | CASE NUMBER |
|---|---|
| | CV08-03905 VBF (PJWx) |
| Plaintiff(s) | |
| v. | |
| BRAD McCARTHY, an individual | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I, David E. Runck, Esq._____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of [x] Plaintiff [ ] Defendant: BankFirst, a South Dakota corporation_____ by whom I have been retained.

My *out-of-state* business information is as follows:
Fafinski, Mark & Johnson, P.A._____
*Firm Name*
400 Flagship Corporate Center, 775 Prairie Center Drive_____
*Street Address*

Eden Prairie, MN 55344              david.runck@fmjlaw.com
*City, State, Zip*                   *E-Mail Address*
952-995-9500                         952-995-9577
*Telephone Number*                   *Fax number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| Massachusetts (inactive) | 1997 |
| Minnesota | 1999 |
| U.S. District Court, D. Minnesota | 1999 |
| U.S. Court of Appeals, 8th Circuit | 2001 |
| U.S. Supreme Court | 2003 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

G-64 (01/08)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE   PAGE 1 of 2
CCD-G64

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Grace Y. Horoupian  as local counsel, whose business information is as follows:
Kutak Rock, LLP
*Firm Name*

18201 Von Karman, Suite 1100
*Street Address*

Irvine, CA 92612                           grace.horoupian@kutakrock.com
*City, State, Zip*                                    *E-Mail Address*

949-417-0999                               949-417-5394
*Telephone Number*                              *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  June       , 2008           David E. Runck, Esq.
                                    *Applicant's Name (please print)*


                                    *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated  June 26, 2008              Grace Y. Horoupian
                                    *Designee's Name (please print)*

                                    [signature]
                                    *Designee's Signature*
                                    SBN 180377
                                    *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Grace Y. Horoupian  as local counsel, whose business information is as follows:

Kutak Rock, LLP
*Firm Name*

18201 Von Karman, Suite 1100
*Street Address*

Irvine, CA 92612                              grace.horoupian@kutakrock.com
*City, State, Zip*                                *E-Mail Address*

949-417-0999                                  949-417-5394
*Telephone Number*                            *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  June 30, 2008                          David E. Runck, Esq.
                                              *Applicant's Name (please print)*

                                              [signature]
                                              *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated  June 26, 2008                          Grace Y. Horoupian
                                              *Designee's Name (please print)*

                                              [signature]
                                              *Designee's Signature*
                                              SBN 180377
                                              *Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.