| | |
|---|---|
| 1 | David Rude (SBN 67367) |
| | CLARK & RUDE |
| 2 | Ten Almaden Blvd., Suite 550 |
| | San Jose, CA 95113-2238 |
| 3 | Telephone: (408) 971-1099 |
| | Facsimile: (408) 971-1133 |
| 4 | Email: drude@crlaw.net |

Attorneys for Defendant,
Brad McCarthy, an individual resident of
Alameda County

MD JS-6

Grace Y. Horoupian #180337
Kutak Rock LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA 92612-1077
Telephone: (949) 417-0999
Email: grace.horoupian@kutakrock.com

Attorneys for Plaintiff
BankFirst, a South Dakota corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA/WESTERN DIVISION

| | |
|---|---|
| BANKFIRST, a South Dakota corporation, | Case No. CV 08-3905 VBF (PJWx) |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION FOR TRANSFER TO NORTHERN DISTRICT OF CALIFORNIA** |
| BRAD McCARTHY, an individual | |
| Defendant. | |

WHEREAS THE PARTIES have entered into a Stipulation transferring this action to the Northern District of California, San Francisco Division for the reason that venue is improper in this District.

///

///

///

4852-4360-2690.1

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

PROPOSED ORDER

1    IT IS HEREBY ORDERED that, pursuant to the Stipulation of the parties, this action is hereby transferred from this District to the San Francisco Division of the Northern District of California for the reason that venue is improper in this District.

    IT IS SO ORDERED:

DATED: July 23, 2008    _____
                        HONORABLE VALERIE B. FAIRBANK

Respectfully submitted:

By: /s/_____
    Grace Y. Horoupian
    Kutak Rock, LLP
    18201 Von Karman, Suite 1100
    Irvine, CA 92612
    Tel:  (949) 417-0999
    Fax:  (949) 417-5394
    Email:  grace.horoupian@kutakrock.com
    Attorneys for Plaintiff, BankFirst, a South Dakota corporation



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:** Clerk, United States District Court
_____ District of _____
_____
_____

**Re:** Transfer of our Civil Case No. _____
Case Title: _____

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐ Original case file documents are enclosed in paper format.
☐ Electronic Documents are accessible through Pacer.
☐ Other: _____

Very truly yours,

Clerk, U.S. District Court

Date: _____   By _____
                              Deputy Clerk

cc:   All counsel of record

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐   CivilIntakecourtdocs-LA@cacd.uscourts.gov     (Los Angeles Office)
☐   CivilIntakecourtdocs-RS@cacd.uscourts.gov     (Riverside Office)
☐   CivilIntakecourtdocs-SA@cacd.uscourts.gov     (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____   By _____
                              Deputy Clerk

CV-22 (05/08)                **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**