ORIGINAL

Name and address
Grace Y. Horoupian   SBN 180337
Kutak Rock, LLP
18201 Von Karman, Suite 1100
Irvine, CA 92612
Tel: 949-417-0999

FILED
CLERK, U.S. DISTRICT COURT
JUL 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

COURTESY COPY

2008 JUL 22 PM 4:18
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

LODGED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKFIRST, a South Dakota corporation | CASE NUMBER |
| | CV08-03905 VBF (PJWx) |
| Plaintiff(s) | |
| v. | |
| BRAD McCARTHY, an individual | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of <u>David E. Runck, Esq.</u>,
_Applicant's Name_

of <u>Fafinski, Mark & Johnson, P.A.</u>   for permission to appear and participate in the above-entitled
_Firm Name_

action on behalf of [x] Plaintiff [ ] Defendant <u>BankFirst, a South Dakota corporation</u>

and the designation of <u>Grace Y. Horoupian</u> of <u>Kutak Rock, LLP</u>
_Local Counsel Designee_   _Local Counsel Firm_

as local counsel, hereby **ORDERS** the Application be:

[ ] GRANTED

[X] DENIED. Fee, if paid, shall be returned by the Clerk.
pursuant to transfer order dated 7/23/08

Dated 7-23-08                     _____
                                 U. S. District Judge/U.S. Magistrate Judge

---

G-64 ORDER (06/05)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    CCD-G640