**ORIGINAL**

**LODGED** 2008 JUL 22 PM 4:19 CLERK U.S. DISTRICT COURT CENT. DIST. OF CALIF. LOS ANGELES BY

Name and address
Grace Y. Horoupian    SBN 180337
Kutak Rock, LLP
18201 Von Karman, Suite 1100
Irvine, CA 92612
949-417-0999
grace.horoupian@kutakrock.com

FILED
CLERK, U.S. DISTRICT COURT
JUL 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**COURTESY COPY**

| BANKFIRST, a South Dakota corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV08-03905 VBF (PJWx) |
| v. | |
| BRAD McCARTHY, an individual, | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of <u>Jeffrey A. Scott</u>,
                                                              *Applicant's Name*

of <u>Fafinski, Mark & Johnson, P.A.</u> for permission to appear and participate in the above-entitled
        *Firm Name*

action on behalf of  [x] Plaintiff   [ ] Defendant  <u>BankFirst, a South Dakota corporation</u>

and the designation of <u>Grace Y. Horoupian</u>  of <u>Kutak Rock, LLP</u>
                        *Local Counsel Designee*           *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

[ ] GRANTED

[X] DENIED. Fee, if paid, shall be returned by the Clerk.

Pursuant to transfer order dated 7/23/08

Dated  7-23-08

_____
U. S. District Judge/U.S. ~~Magistrate Judge~~