# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:08–cv–03905–VBF–PJW

BankFirst v. Brad McCarthy  
Assigned to: Judge Valerie Baker Fairbank  
Referred to: Magistrate Judge Patrick J. Walsh  
 Related Cases:  2:08–cv–03906–VBF–SS  
        2:08–cv–03904–VBF–PJW  
Cause: 28:1332 Diversity–Breach of Contract

Date Filed: 06/13/2008  
Date Terminated: 07/23/2008  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**BankFirst**  
*a South Dakota corporation*

represented by **David Runck**  
Fafinski Mark and Johnson  
400 Flagship Corporate Center  
775 Prairie Center Drive  
Eden Prairie, MN 55344  
952–995–9500  
Fax: 952–995–9577  
Email: david.runck@fmjlaw.com  
*TERMINATED: 07/23/2008*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Grace Y Horoupian**  
Kutak Rock  
18201 Von Karman Ave Suite 1100  
Irvine, CA 92612  
949–417–0999  
Fax: 949–417–5394  
Email: grace.horoupian@kutakrock.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Scott**  
Fafinski Mark and Johnson  
400 Corporate Center  
775 Prairie Center Drive  
Eden Prairie, MN 55344  
952–995–9500  
Fax: 952–995–9577  
Email: jeffrey.scott@fmjlaw.com  
*TERMINATED: 07/23/2008*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Brad McCarthy**
*an individual*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2008 | Ï 1 | COMPLAINT against Defendant Brad McCarthy. (Filing fee $ 350 PAID.), filed by plaintiff BankFirst.(ghap) (ds). (Entered: 06/18/2008) |
| 06/13/2008 | Ï | 20 DAY Summons Issued re Complaint – (Discovery) 1 as to Defendant Brad McCarthy. (ghap) (Entered: 06/18/2008) |
| 06/13/2008 | Ï 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff BankFirst. (ghap) (ds). (Entered: 06/18/2008) |
| 06/13/2008 | Ï 3 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed.(ghap) (Entered: 06/18/2008) |
| 06/13/2008 | Ï 4 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Jeffrey A. Scott for Plaintiff BankFirst. (ghap) (Entered: 06/18/2008) |
| 06/13/2008 | Ï 5 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney David Runck for Plaintiff BankFirst. (ghap) (Entered: 06/18/2008) |
| 06/27/2008 | Ï 6 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08–05 –Related Case– filed. Related Case No: CV08–3904 VBF (PJWx). Case transfered from Magistrate Judge Suzanne H. Segal and Judge George H Wu to Judge Valerie Baker Fairbank and Magistrate Judge Patrick J. Walsh for all further proceedings. The case number will now reflect the initials of the transferee Judge CV08–3905 VBF (PJWx).Signed by Judge Valerie Baker Fairbank (at) (Entered: 06/27/2008) |
| 06/27/2008 | Ï 7 | STANDING ORDER by Judge Valerie Baker Fairbank: READ THIS ORDER CAREFULLY. IT CONTROLS THIS CASE AND ADDS TO THE LOCAL RULES. COUNSEL FOR PLAINTIFF SHALL IMMEDIATELY SERVE THIS ORDER ON ALL PARTIES, INCLUDING ANY NEW PARTIES TO THE ACTION. IF THIS CASE WAS REMOVED FROM STATE COURT, THE DEFENDANT WHO REMOVED THE CASE SHALL SERVE THIS ORDER ON ALL OTHER PARTIES; Memoranda of points and authorities in support of or in opposition to motions shall not exceed 25 pages. Replies shall not exceed 12 pages (see document for further details.) (jp) (Entered: 06/27/2008) |
| 07/22/2008 | Ï 8 | STIPULATION to Transfer Case to NORTHERN DISTRICT OF CALIFORNIA filed by plaintiff BankFirst. (Attachments: # 1 Proposed Order ON STIPULATION FOR TRANSFER TO NORTHERN DISTRICT OF CALIFORNIA)(Horoupian, Grace) (Entered: 07/22/2008) |
| 07/22/2008 | Ï 9 | APPLICATION OF NON–RESIDENT ATTORNEY Jeffrey A. Scott for Leave to Appear Pro Hac Vice. FEE PAID, filed by plaintiff BankFirst. Lodged Order. (jp) (Entered: 07/23/2008) |
| 07/22/2008 | Ï 10 | APPLICATION OF NON–RESIDENT ATTORNEY David E. Runck for Leave to Appear Pro Hac Vice. FEE PAID, filed by plaintiff BankFirst. Lodged Order. (jp) (Entered: 07/23/2008) |
| 07/23/2008 | Ï 11 | ORDER by Judge Valerie Baker Fairbank that pursuant to the Stipulation for Transfer to Northern District of California of the parties 8 , this action is TRANSFERRED from this District to the San Francisco Division of the Northern District of California for the reason that venue is improper in this District. (MD JS–6. Case Terminated.) (Attachments: # 1 CV–22 Tramsmittal Letter – Civil Case Transfer Out) (jp) (Entered: 07/28/2008) |
| 07/23/2008 | Ï 12 | ORDER by Judge Valerie Baker Fairbank denying APPLICATION OF NON–RESIDENT ATTORNEY David E. Runck for Leave to Appear Pro Hac Vice on behalf of Plaintiff BankFirst. Grace Y. Horoupian designated of Local Counsel (FEE PAID) 10 . (jp) (Entered: 07/29/2008) |

| | | |
|---|---|---|
| 07/23/2008 | 13 | ORDER by Judge Valerie Baker Fairbank denying APPLICATION OF NON–RESIDENT ATTORNEY Jeffrey A. Scott for Leave to Appear Pro Hac Vice on behalf of Plaintiff BankFirst. Grace Y. Horoupian designated of Local Counsel (FEE PAID) 9 . (jp) (Entered: 07/29/2008) |