David Rude (SBN 67367)
CLARK & RUDE
Ten Almaden Blvd., Suite 550
San Jose, CA 95113-2238
Telephone: (408) 971-1099
Facsimile: (408) 971-1133
Email: drude@crlaw.net

Attorneys for Defendant
BRAD MCCARTHY

Grace Y. Horoupian (SBN 180337)
KUTAK ROCK LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA 92612-1077
Telephone: (949) 417-0999
Email: grace.horoupian@kutakrock.com

Attorneys for Plaintiff
BANKFIRST, a South Dakota corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKFIRST, a South Dakota corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRAD McCARTHY, an individual resident of Alameda County,<br><br>Defendant. | Case No. C 08-03785 EDL<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

The Plaintiff, BankFirst, a South Dakota corporation, and Defendant, Brad McCarthy, an individual resident of Alameda County, California, by and through their respective counsel, hereby stipulate and agree as follows:

**RECITALS**

1. The Complaint in this case was filed on June 13, 2008 (entered June 18, 2008) in the Central District of California.

2. The sole basis of federal court jurisdiction in this case is diversity of citizenship between the parties and the controversy exceeds $75,000.

3. The only defendant, Brad McCarthy, is a resident of Alameda County, California and Mr. McCarthy has never been a resident of any county within the Central District of California.

4. Venue was therefore improper in the Central District pursuant to 28 U.S.C. section 1391(a)(1).

5. The transfer of this case to the Northern District of California was in the interest of justice pursuant to the provisions of 28 U.S.C. section 1406(a).

6. On July 22, 2008, a stipulation for transfer to the Northern District of California by reason of improper venue was filed with the court in the Central District.

7. On July 23, 2008, Judge Valerie B. Fairbank filed an order transferring this case to the Northern District of California.

8. The case was transferred to and filed in the Northern District on August 7, 2008.

9. Defendant's counsel was first notified that the case had been transferred to and filed in the Northern District by fax from Plaintiff's counsel on August 25, 2008.

10. The parties have agreed that Defendant shall have until September 19, 2008 within which to file his responsive pleadings.

11. The Initial Case Management Conference has been set for November 18, 2008 at 10:00 a.m.

**STIPULATION**

The parties hereby stipulate that Defendant Brad McCarthy shall have to and including September 19, 2008 within which to file his responsive pleadings.

DATED: August 29, 2008                CLARK & RUDE

By: __/s/_____
    David Rude
    Attorneys for Defendant
    BRAD MCCARTHY

| | | |
|---|---|---|
| 1 | DATED: August 29, 2008 | KUTAK ROCK LLP |

By:   /s/
      Grace Y. Horoupian
      Attorneys for Plaintiff
      BANKFIRST